JENNIE DI DOMIZIO, Appellant, v. ORANGE COUNTY TRACTION COMPANY,

* See Mass. Gen. Acts of 1916, chap. 184; 2 Mass. Gen. Laws (1921), 2078, chap. 182, § 6.— [REP.

Respondent.— Judgment and order affirmed, with costs. No opinion. Rich, Manning, Kelby and Kapper, JJ., concur; Kelly, P. J., dissents upon the ground that it was error to charge the jury that if the accident happened as stated by the witnesses for the defendant, the defendant was entitled to a verdict, being of opinion that assuming such facts, it was for the jury to say whether the motorman was guilty of negligence.